# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEONARD LICHT,<br><br>    Plaintiff,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, d/b/a BINANCE.COM, BAM TRADING SERVICES, INC., d/b/a BINANCE.US, and CHANGPENG ZHAO,<br><br>    Defendants. | No. 1:24-cv-10447-NMG |

## NOTICE OF APPEARANCE OF JOSEPH DAVIS

Please enter the appearance of Joseph P. Davis III of Greenberg Traurig, LLP on behalf of Defendants Binance Holdings Limited and Changpeng Zhao in the above-captioned matter.

    Respectfully submitted,

    Defendants,

    BINANCE HOLDINGS LIMITED and CHANGPENG ZHAO

    By their Attorneys,

    */s/ Joseph P. Davis III*
    Joseph P. Davis III (BBO # 551111)
    GREENBERG TRAURIG, LLP
    One International Place
    Suite 2000
    Boston, MA 02110
    Tel: (617) 310-6000
    Fax: (617) 310-6001
    davisjo@gtlaw.com

Dated: March 11, 2024

1