# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEONARD LICHT,<br><br>    Plaintiff,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, d/b/a BINANCE.COM, BAM TRADING SERVICES, INC., d/b/a BINANCE.US, and CHANGPENG ZHAO,<br><br>    Defendants. | No. 1:24-cv-10447-NMG |

## NOTICE OF APPEARANCE OF LINDA RICCI

Please enter the appearance of Linda M. Ricci of Greenberg Traurig, LLP on behalf of Defendants Binance Holdings Limited and Changpeng Zhao in the above-captioned matter.

Respectfully submitted,

Defendants,

BINANCE HOLDINGS LIMITED and CHANGPENG ZHAO

By their Attorneys,

*/s/ Linda M. Ricci*
Linda M. Ricci (BBO # 600284)
GREENBERG TRAURIG, LLP
One International Place
Suite 2000
Boston, MA 02110
Tel: (617) 310-6000
Fax: (617) 310-6001
Linda.Ricci@gtlaw.com

Dated: March 11, 2024

1