**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LEONARD LICHT,<br><br>    Plaintiff,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, d/b/a BINANCE.COM, BAM TRADING SERVICES, INC., d/b/a BINANCE.US, and CHANGPENG ZHAO,<br><br>    Defendants. | No. 1:24-cv-10447-NMG |

**NOTICE OF APPEARANCE OF ALISON HOLDWAY**

Please enter the appearance of Alison T. Holdway of Greenberg Traurig, LLP on behalf of Defendants Binance Holdings Limited and Changpeng Zhao in the above-captioned matter.

                                                                              Respectfully submitted,

                                                                              Defendants,

                                                                              BINANCE HOLDINGS LIMITED and CHANGPENG ZHAO

                                                                              By their Attorneys,

                                                                              */s/ Alison T. Holdway*
                                                                              Alison T. Holdway (BBO # 690569)
                                                                              GREENBERG TRAURIG, LLP
                                                                              One International Place
                                                                              Suite 2000
                                                                              Boston, MA 02110
                                                                              Tel: (617) 310-6000
                                                                              Fax: (617) 310-6001
                                                                              alison.holdway@gtlaw.com

Dated: March 11, 2024

1