# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEONARD LICHT,<br><br>    Plaintiff,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, d/b/a BINANCE.COM, BAM TRADING SERVICES, INC., d/b/a BINANCE.US, and CHANGPENG ZHAO,<br><br>    Defendants. | No. 1:24-cv-10447-NMG |

## NOTICE OF APPEARANCE OF MIAN WANG

Please enter the appearance of Mian R. Wang of Greenberg Traurig, LLP on behalf of Defendants Binance Holdings Limited and Changpeng Zhao in the above-captioned matter.

Respectfully submitted,

Defendants,

BINANCE HOLDINGS LIMITED and CHANGPENG ZHAO

By their Attorneys,

*/s/ Mian R. Wang*
Mian R. Wang (BBO # 683656)
GREENBERG TRAURIG, LLP
One International Place
Suite 2000
Boston, MA 02110
Tel: (617) 310-6000
Fax: (617) 310-6001
wangm@gtlaw.com

Dated: March 11, 2024