# **EXHIBIT 1**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEONARD LICHT,<br><br>    Plaintiff,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, d/b/a BINANCE.COM, BAM TRADING SERVICES, INC., d/b/a BINANCE.US, and CHANGPENG ZHAO,<br><br>    Defendants. | No. 1:24-cv-10447-NMG |

**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**

    Plaintiff Leonard Licht ("Plaintiff") and Defendants Binance Holdings Limited ("BHL") and Changpeng Zhao ("Mr. Zhao") (Plaintiff, BHL, and Mr. Zhao are collectively referred to as the "Parties") enter this stipulation ("Stipulation") extending the deadline for BHL and Mr. Zhao to respond to the Complaint to June 6, 2024.

    The Parties state as follows:

    1.    On February 23, 2024, Plaintiff filed the Complaint in this case. *See* Dkt. No. 1.

    2.    On March 5, 2024, the Parties' counsel conferred regarding service of the Complaint. BHL and Mr. Zhao agreed to waive service, and, in exchange, Plaintiff agreed to a 90-day period for BHL and Mr. Zhao to respond to the Complaint, starting from the date the Notice of a Lawsuit and Request to Waive Service of a Summons ("Waiver Request") and the Waiver of Service of Summons ("Waiver") are sent to them.

    3.    On March 8, 2024, Plaintiff's counsel emailed the Waiver Request and the Waiver for BHL and Mr. Zhao to their counsel.

1

4. On March 8, 2024, counsel for BHL and Mr. Zhao returned the signed Waivers to Plaintiff's counsel.

5. A 90-day period to respond to the Complaint—starting on March 8, 2024, the date when Plaintiff's counsel sent the Waiver Request and the Waiver—sets BHL's and Mr. Zhao's response deadline as June 6, 2024.

6. The Parties agree to the 90-day response period and to the deadline for BHL and Mr. Zhao to respond to the Complaint being set as June 6, 2024.

7. Neither party will be prejudiced by the extension.

Dated: March 11, 2024

| | |
|---|---|
| */s/ Aaron M. Katz* | */s/ Joseph P. Davis III* |
| Aaron M. Katz | Joseph P. Davis III (BBO # 55111) |
| Keira Zirngibl | Linda M. Ricci (BBO # 600284) |
| Patrick Dolan | Mian R. Wang (BBO # 683656) |
| AARON KATZ LAW LLC | Alison T. Holdway (BBO # 690569) |
| 399 Boylston Street, 6th Floor | GREENBERG TRAURIG, LLP |
| Boston, MA 02116 | One International Place, Suite 2000 |
| Tel.:   (617) 915-6305 | Boston, MA 02110 |
| akatz@aaronkatzlaw.com | Tel.:   (617) 310-6000 |
| kzirngibl@aaronkatzlaw.com | davisjo@gtlaw.com |
| pdolan@aaronkatzlaw.com | linda.ricci@gtlaw.com |
| | wangm@gtlaw.com |
| Eric Rosen | alison.holdway@gtlaw.com |
| Constantine P. Economides (*pro hac vice* forthcoming) | David I. Miller (*pro hac vice* forthcoming) |
| DYNAMIS LLP | GREENBERG TRAURIG, LLP |
| 225 Franklin Street, 26th Floor | One Vanderbilt Avenue |
| Boston, MA 02110 | New York, NY 10017 |
| Tel.:   (617) 802-9157 | Tel.:   (212) 801-9200 |
| erosen@dynamisllp.com | david.miller@gtlaw.com |
| ceconomides@dynamisllp.com | |
| | *Counsel for Defendants Binance Holdings Limited and Changpeng Zhao* |
| *Counsel for Plaintiff Leonard Licht* | |

2