UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEONARD LICHT,<br><br>    Plaintiff,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, d/b/a BINANCE.COM, BAM TRADING SERVICES, INC., d/b/a BINANCE.US, and CHANGPENG ZHAO,<br><br>    Defendants. | No. 1:24-cv-10447-NMG |

**FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Binance Holdings Limited ("BHL") makes the following disclosure:

1. BHL's parent corporation is Binance (Services) Holdings Limited.

2. No publicly held corporation owns 10% or more of BHL's stock.

*[Signature on next page]*

1

Dated: March 11, 2024

/s/ *Joseph P. Davis III*
Joseph P. Davis III (BBO # 55111)
Linda M. Ricci (BBO # 600284)
Mian R. Wang (BBO # 683656)
Alison T. Holdway (BBO # 690569)
GREENBERG TRAURIG, LLP
One International Place, Suite 2000
Boston, MA 02110
Tel.:   (617) 310-6000
davisjo@gtlaw.com
linda.ricci@gtlaw.com
wangm@gtlaw.com
alison.holdway@gtlaw.com

David I. Miller (*pro hac vice* forthcoming)
GREENBERG TRAURIG, LLP
One Vanderbilt Avenue
New York, NY 10017
Tel.:   (212) 801-9200
david.miller@gtlaw.com

*Counsel for Defendants Binance Holdings Limited and Changpeng Zhao*