Civil Action No.: 1:24–CV–10447–NMG

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) __BAM Trading Services, Inc.__

was received by me on (date) __March 9, 2024__.

☐ I personally served the summons on the individual at (place)_____
_____ on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____
_____, a person of suitable age and discretion who resides there,
on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____, who is
designated by law to accept service of process on behalf of (name of organization)_____
_____ on (date) _____; or

☐ I returned the summons unexecuted because_____ ; or

☒ Other (specify) : I mailed the summons and a copy of the complaint via USPS Priority Mail, signature required, to Corporation Service Company, 251 Little Falls Drive, Wilmington, DE. Corporation Service Company is the registered service of process agent for BAM Trading Services, Inc.

My fees are $ __0__ for travel and $__0__ for services, for a total of $__0__.

I declare under penalty of perjury that this information is true.

March 11, 2024
Date

*Andrea Katz* (signature)
Server's Signature

Andrea Katz
Printed name and title

2 Copley Street, Winchester, MA 01890
Server's Address

Additional information regarding attempted service, etc: