

March 13, 2024

Dear Aaron Katz:

The following is in response to your request for proof of delivery on your item with the tracking number: **4201 9808 9510 8124 4533 4071 9278 16**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | March 13, 2024, 10:35 am |
| **Location:** | WILMINGTON, DE 19808 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Signature Confirmation™ |
| | Up to $100 insurance included |
| **Actual Recipient Name:** | R MACARTHUR |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

| Shipment Details | |
|---|---|
| **Weight:** | 9.0oz |

### Recipient Signature

| | |
|---|---|
| Signature of Recipient: | *Ryan MacArthur* / *Ryan MacArthur* |
| Address of Recipient: | 251 Little Falls Dr |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004