## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEONARD LICHT,<br><br>     Plaintiff,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, d/b/a BINANCE.COM, BAM TRADING SERVICES, INC., d/b/a BINANCE.US, and CHANGPENG ZHAO,<br><br>     Defendants. | No. 1:24-cv-10447-NMG |

### <u>NOTICE OF APPEARANCE OF ERIC S. ROSEN</u>

Please enter the appearance of Eric S. Rosen of Dynamis LLP on behalf of Plaintiff Leonard Licht in the above-captioned matter.

Respectfully submitted,

Plaintiff,

LEONARD LICHT

By his Attorneys,

*/s/ Eric S. Rosen*
Eric S. Rosen (BBO# 568931)
DYNAMIS LLP
225 Franklin St.
26th Floor
Boston, MA 02110
Tel: (617) 802-9157
erosen@dynamisllp.com

Dated: March 18, 2024