UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEONARD LICHT, et al.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, d/b/a BINANCE.COM, BAM TRADING SERVICES, INC., d/b/a BINANCE.US, and CHANGPENG ZHAO,<br><br>    *Defendants*. | No. 1:24-cv-10447-NMG |

**CORPORATE DISCLOSURE STATEMENT PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant BAM Trading Services, Inc. hereby discloses as follows: BAM Trading Services, Inc. is a wholly owned subsidiary of BAM Management US Holdings, Inc., which is not publicly owned. A supplemental disclosure statement will be filed upon any change in the information provided herein.

Dated: May 22, 2024

                                                    Respectfully submitted,

                                                   By: s/ *Seth C. Farber*
                                                   Seth C. Farber (BBO# 554652)
                                                   George E. Mastoris (pro hac vice pending)
                                                   Thania (Athanasia) Charmani (pro hac vice pending)
                                                   Gabriela B. Wolk (pro hac vice pending)
                                                   WINSTON & STRAWN LLP
                                                   200 Park Avenue
                                                   New York, New York 10166
                                                   Tel.: (212) 294-4611
                                                   Fax: (212) 294-4700

SFarber@winston.com
GMastoris@winston.com
ACharmani@winston.com
GWolk@winston.com

Daniel T. Stabile (pro hac vice pending)
Southeast Financial Center
200 S. Biscayne Blvd., 24th Floor
Miami, Florida 33131
Tel.: (305) 910-0500
Fax: (305) 910-0505
DStabile@winston.com

*Counsel for Defendant BAM Trading Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 22, 2024.

By: s/ *Seth C. Farber*
Seth C. Farber (BBO# 554652)