UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEONARD LICHT, ZHENGJUN CAI, HENRY CHEN, DANIEL CHANG, DOMINIC CHOW, CHENGGUO DONG, AMINE FENNANE, IHAB W. FRANCIS, JOHN GORDON, SHAI GRANOVSKI, DALTON GREEN, MICHAEL GRILLI, IRAKLIS KARABASSIS, ALICIA LAU, TREVOR LAU, NADER LOBANDI, EISI MOLLANJI, JAMES MOSKWA, ANH NGUYEN, BRIAN ROTHAUS, GORDON SHAYLOR, RICHARD SLAVANT, NATHANIAL THRAILKILL, JACK YAO, EDMUND YEO, and JUN ZHAI,<br><br>    Plaintiffs,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, d/b/a BINANCE.COM, BAM TRADING SERVICES, INC., d/b/a BINANCE.US, and CHANGPENG ZHAO,<br><br>    Defendants. | No. 1:24-cv-10447-NMG |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants Binance Holdings Limited ("BHL"), BAM Trading Services, Inc. ("BAM"), and Changpeng Zhao ("Mr. Zhao") (collectively, "Defendants") respectfully submit the attached Opinion entered on October 28, 2024 in *Gonzalez v. BAM Trading Services, Inc., et al.*, No. 2:24-cv-08521-BRM-CLW (D.N.J.) at Dkt. No. 48, attached as **Exhibit 1**, as supplemental authority in support of Defendants' pending Joint Motion to Dismiss. Defendants were also defendants in *Gonzalez*.[1]

---

[1] On October 29, 2024, the plaintiff in *Gonzalez* filed a Notice of Voluntary Dismissal, dismissing the case without prejudice. *Gonzalez* at Dkt. No. 50.

The plaintiff in *Gonzalez* brought a RICO claim, among others, and sought a preliminary injunction against Defendants. In denying the preliminary injunction, the *Gonzalez* court held that the plaintiff had not established either general or specific personal jurisdiction over Defendants. As in this case, the plaintiff in *Gonzalez* alleged that BHL and Mr. Zhao are a foreign corporation and individual, respectively, and that BAM is registered to do business in the forum state but is neither incorporated nor located there.[2] And, like here, the only connection to the forum state in *Gonzalez* arose from the plaintiff's activity, not Defendants'. The *Gonzalez* court held that the allegations were insufficient to establish either general or specific jurisdiction over Defendants because "Plaintiff does not allege any Named Defendant had 'continuous and systematic' contacts" with the forum jurisdiction, *Gonzalez Slip Op.* at 14, and that the allegations only "concern Plaintiff's unilateral activity, rather than that of any Named Defendant," *id.* at 16 (quotation omitted).

*[Signatures start on following page]*

---

[2] The *Gonzalez* court specifically noted, "most courts in [the] District [of New Jersey] have found corporate registration with the state of New Jersey does not constitute consent to personal jurisdiction, based on the state's corporate registration statute." *Gonzalez Slip Op*. at 15 (citing N.J. Stat. Ann. 14A:1–1 (the New Jersey corporate registration statute) and D.N.J. cases). Likewise, the Massachusetts corporate registration statute does not constitute consent to personal jurisdiction. *See* G.L. c. 156D, § 15.07.

Dated: October 31, 2024

Respectfully submitted,

<u>/s/ Joseph P. Davis III</u>
Joseph P. Davis III (BBO # 551111)
Linda M. Ricci (BBO # 600284)
Mian R. Wang (BBO # 683656)
Alison T. Holdway (BBO # 690569)
GREENBERG TRAURIG, LLP
One International Place, Suite 2000
Boston, MA 02110
Tel.:  (617) 310-6000
davisjo@gtlaw.com
linda.ricci@gtlaw.com
wangm@gtlaw.com
alison.holdway@gtlaw.com

- and -

David I. Miller (*pro hac vice* forthcoming)
GREENBERG TRAURIG, LLP
One Vanderbilt Avenue
New York, NY 10017
Tel.:  (212) 801-9200
david.miller@gtlaw.com

*Counsel for Defendant Binance Holdings Limited*

*/s/ Avi Perry*
Isaac Saidel-Goley (BBO # 699659)
Zi Chun Wang (BBO # 709803)
QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
111 Huntington Avenue, Suite 520
Boston, MA 02118
Tel.:   (617) 712-7100
isaacsaidelgoley@quinnemanuel.com
michellewang@quinnemanuel.com

- and -

Avi Perry (*pro hac vice*)
QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
1300 I Street, NW, Suite 900
Washington, DC 2005
Tel.:   (202) 538-8330
aviperry@quinnemanuel.com

- and -

Peter H. Fountain (*pro hac vice*)
Ted Ovrom (*pro hac vice*)
QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
51 Madison Avenue, Floor 22
New York, NY 10010
Tel.:   (212) 849-7000
peterfountain@quinnemanuel.com
tedovrom@quinnemanuel.com

*Counsel for Defendant Changpeng Zhao*

/s/ *George Mastoris*
Seth C. Farber (BBO # 554652)
George Mastoris (*pro hac vice*)
Thania Charmani (*pro hac vice*)
Gabriela Beata Wolk (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Tel.:   (212) 294-6700
sfarber@winston.com
gmastoris@winston.com
acharmani@winston.com
gwolk@winston.com

- and -

Daniel T. Stabile (*pro hac vice*)
WINSTON & STRAWN LLP
200 S. Biscayne Boulevard
Miami, FL 33131
Tel.:   (305) 910-0500
dstabile@winston.com

*Counsel for Defendant BAM Trading Services, Inc.*