## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEONARD LICHT, ZHENGJUN CAI, HENRY CHEN, DANIEL CHANG, DOMINIC CHOW, CHENGGUO DONG, AMINE FENNANE, IHAB W. FRANCIS, JOHN GORDON, SHAI GRANOVSKI, DALTON GREEN, MICHAEL GRILLI, IRAKLIS KARABASSIS, ALICIA LAU, TREVOR LAU, NADER LOBANDI, EISI MOLLANJI, JAMES MOSKWA, ANH NGUYEN, BRIAN ROTHAUS, GORDON SHAYLOR, RICHARD SLAVANT, NATHANIAL THRAILKILL, JACK YAO, EDMUND YEO, and JUN ZHAI,<br><br>      Plaintiffs,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, d/b/a BINANCE.COM, BAM TRADING SERVICES, INC., d/b/a BINANCE.US, and CHANGPENG ZHAO,<br><br>      Defendants. | Civil Action No. 1:24-cv-10447-NMG |

## DEFENDANTS' MOTION TO STAY DISCOVERY
## PENDING A RULING ON THEIR MOTION TO DISMISS

Defendants Binance Holdings Limited, BAM Trading Services, Inc., and Changpeng Zhao (collectively, "Defendants"), by and through their undersigned counsel, jointly move to stay discovery pending the Court's ruling on their Motion to Dismiss the First Amended Complaint (Dkt. 55). In support of their Motion, Defendants submit the Memorandum of Law and Declaration of Ted Ovrom filed contemporaneously herewith.

## CERTIFICATE OF COMPLIANCE

Defendants hereby certify that, through their counsel, they have met and conferred with counsel for Plaintiffs in an attempt to resolve or narrow the disputes raised in this Motion. Counsel for Plaintiffs have indicated that they are unwilling to consent to the relief requested in this Motion. Counsel for Defendants accordingly certify that they have complied in good faith with District of Massachusetts Local Rules 7.1(a)(2) and 37.1(b).

Dated: November 8, 2024

Respectfully submitted,

*/s/ Joseph P. Davis III*
Joseph P. Davis III (BBO # 551111)
Linda M. Ricci (BBO # 600284)
Mian R. Wang (BBO # 683656)
Alison T. Holdway (BBO # 690569)
GREENBERG TRAURIG, LLP
One International Place, Suite 2000
Boston, MA 02110
Tel.:    (617) 310-6000
davisjo@gtlaw.com
linda.ricci@gtlaw.com
wangm@gtlaw.com
alison.holdway@gtlaw.com

- and -

David I. Miller (*pro hac vice* forthcoming)
GREENBERG TRAURIG, LLP
One Vanderbilt Avenue
New York, NY 10017
Tel.:    (212) 801-9200
david.miller@gtlaw.com

*Counsel for Defendant Binance Holdings Limited*

*/s/ Ted Ovrom*
Isaac Saidel-Goley (BBO # 699659)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
111 Huntington Avenue, Suite 520
Boston, MA 02118
Tel.:   (617) 712-7100
isaacsaidelgoley@quinnemanuel.com

- and -

Avi Perry (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1300 I Street, NW, Suite 900
Washington, DC 2005
Tel.:   (202) 538-8330
aviperry@quinnemanuel.com

- and -

Peter H. Fountain (*pro hac vice*)
Ted Ovrom (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, Floor 22
New York, NY 10010
Tel.:   (212) 849-7000
peterfountain@quinnemanuel.com
tedovrom@quinnemanuel.com

*Counsel for Defendant Changpeng Zhao*

*/s/ George Mastoris*
Seth C. Farber (BBO # 554652)
George Mastoris (*pro hac vice*)
Thania Charmani (*pro hac vice*)
Gabriela Beata Wolk (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Tel.:    (212) 294-6700
sfarber@winston.com
gmastoris@winston.com
acharmani@winston.com
gwolk@winston.com

- and -

Daniel T. Stabile (*pro hac vice*)
WINSTON & STRAWN LLP
200 S. Biscayne Boulevard
Miami, FL 33131
Tel.:    (305) 910-0500
dstabile@winston.com

*Counsel for Defendant BAM Trading Services, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on November 8, 2024.

*/s/ Ted Ovrom*