UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LEONARD LICHT, et al.,

    Plaintiffs,

v.    CIVIL ACTION NO. 24-10447-NMG

BINANCE HOLDINGS LIMITED, d/b/a
BINANCE.COM, et al.,

    Defendants.

REPORT AND RECOMMENDATION ON
DEFENDANTS' JOINT MOTION TO DISMISS (#55)[1]

KELLEY, U.S.M.J.

I. Introduction.

Plaintiffs are twenty-six United States and foreign citizens residing here and abroad who lost money in "pig butchering" schemes. Generally, in such schemes, scammers lure victims into investing money, often beginning with contact on social media, sometimes after convincing the victims they have mutual friends or business associates and perhaps with the aid of fake photographs and personal information about the victims from the internet. The scammers convince the victims to invest money in supposedly safe and lucrative opportunities. Then, they falsify information showing that the "investments" are increasing in value, luring the victims into

---

[1] Judge Gorton has referred this motion to the undersigned for report and recommendation. (#60.)

After consideration of the objections thereto (Docket Nos 73 an 74), Report and Recommendation is accepted and adopted.

*/s/ NMGorton*, USDJ 02/26/2025