UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEONARD LICHT, ZHENGJUN CAI, HENRY CHEN, DANIEL CHANG, DOMINIC CHOW, CHENGGUO DONG, IHAB W. FRANCIS, JOHN GORDON, DALTON GREEN, MICHAEL GRILLI, IRAKLIS KARABASSIS, NADER LOBANDI, JAMES MOSKWA, ANH NGUYEN, BRIAN ROTHAUS, GORDON SHAYLOR, RICHARD SLAVANT, NATHANIAL THRAILKILL, JACK YAO, and JUN ZHAI,<br><br>   Plaintiffs,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, d/b/a BINANCE.COM, BAM TRADING SERVICES, INC., d/b/a BINANCE.US, and CHANGPENG ZHAO,<br><br>   Defendants. | No. 1:24-cv-10447-NMG |

**JOINT MOTION TO ENTER STIPULATION REGARDING DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**

Plaintiffs and Defendants (a "Party" or the "Parties") jointly move the Court to enter the stipulation attached as **Exhibit 1** ("Stipulation") that (1) sets a briefing schedule for Defendants' forthcoming joint motion to dismiss the Second Amended Complaint ("SAC") and (2) enlarges the page limit for the memorandum of law in support of Defendants' motion to dismiss the SAC to 35 pages. In support of this motion, the Parties state:

1. On February 23, 2024, Plaintiff Leonard Licht filed the original Complaint in this case. *See* Dkt. No. 1.

1

2. On May 1, 2024, additional plaintiffs were added to the case, and they filed the First Amended Complaint ("FAC"). *See* Dkt. No. 36.

3. On June 7, 2024, the Court entered an order setting a briefing schedule for Defendants' joint motion to dismiss the FAC and setting the following page limits: 35 pages for each Defendants' memorandum of law in support of the motion to dismiss and Plaintiffs' opposition, and 20 pages for Defendants' reply. *See* Dkt. No. 50.

4. On June 28, 2024, Defendants filed a joint motion to dismiss the FAC. *See* Dkt. No. 55. On August 16, 2024, Plaintiffs opposed the motion to dismiss. *See* Dkt. No. 57. On September 13, 2024, Defendants filed a reply brief. *See* Dkt. No. 61.

5. Also on September 13, 2024, the Court referred the case to Magistrate Judge Kelley for a report and recommendation on Defendants' motion to dismiss ("R&R"). *See* Dkt. No. 60.

6. On February 5, 2025, Magistrate Judge Kelley issued an R&R that recommended dismissing Defendant BAM Trading Services, Inc. ("BAM") for lack of personal jurisdiction and dismissing all claims against Defendants Binance Holdings Limited ("BHL") and Changpeng Zhao ("Mr. Zhao") for failure to state a claim. *See* Dkt. No. 71.

7. On February 19, 2025, Plaintiffs, BHL, and Mr. Zhao filed the following:

   a. Plaintiffs filed an objection to the R&R and a motion for leave to file the SAC. *See* Dkt. Nos. 74–75.

   b. Defendants BHL and Mr. Zhao filed a joint objection to the R&R. *See* Dkt. No. 73.

8. On February 26, 2025, the Court accepted and adopted the R&R and granted Plaintiffs' motion for leave to file the SAC. *See* Dkt. Nos. 77–78.

9. Later that day, Plaintiffs filed the SAC. *See* Dkt. No. 79.

10. The current deadline for Defendants to respond to the SAC is March 12, 2025. *See* Fed. R. Civ. P. 15(a)(3).

11. Defendants intend to jointly move to dismiss the SAC.

12. On February 27 and 28, 2025, the Parties' counsel conferred regarding Defendants' forthcoming motion to dismiss the SAC and agreed to the following briefing schedule:

| Date | Event |
| --- | --- |
| March 28, 2025 | Defendants' deadline to move to dismiss the SAC |
| April 18, 2025 | Plaintiffs' deadline to file an opposition to Defendants' motion to dismiss |
| May 9, 2025 | Defendants' deadline to file a reply in support of the motion to dismiss |

13. Defendants hereby request the same page limitations as the Court ordered in connection with the Defendants' motion to dismiss the FAC. *See* Dkt. No. 50; *see also* ¶ 3 above. Specifically, Defendants request:

    a. an enlargement of page limit for the memorandum of law in support of their motion to dismiss to 35 pages, and

    b. leave to file a reply brief of no more than 20 pages.

14. Plaintiffs take no position on Defendants' request to enlarge the page limit for the memorandum of law in support of their motion to dismiss.

15. At this time, Plaintiffs are not seeking an enlargement of the page limit for their opposition to Defendants' motion to dismiss the SAC. Plaintiffs reserve the right to move to enlarge the page limit for their opposition.

16. No Party will be prejudiced by the briefing schedule set forth above or by an enlargement of the page limit for Defendant's motion to dismiss brief to 35 pages.

17. The deadlines for Defendants to respond to the original Complaint and the FAC were each extended once.

18. An extension of the deadline for Defendants to respond to the SAC has not previously been sought.

WHEREFORE, the Parties respectfully request that the Court enter the Stipulation attached as **Exhibit 1**.

| | |
|---|---|
| Dated: March 5, 2025 | Respectfully submitted,<br><br>/s/ *Aaron M. Katz*<br>Aaron M. Katz<br>Keira Zirngibl<br>Patrick Dolan<br>AARON KATZ LAW LLC<br>399 Boylston Street, 6th Floor<br>Boston, MA 02116<br>Tel.:   (617) 915-6305<br>akatz@aaronkatzlaw.com<br>kzirngibl@aaronkatzlaw.com<br>pdolan@aaronkatzlaw.com<br><br>Eric Rosen<br>Constantine P. Economides (admitted *pro hac vice*)<br>Lance Aduba (*pro hac vice* forthcoming)<br>DYNAMIS LLP<br>225 Franklin Street, 26th Floor<br>Boston, MA 02110<br>Tel.:   (617) 802-9157<br>erosen@dynamisllp.com<br>ceconomides@dynamisllp.com<br>laduba@dynamisllp@com<br><br>*Counsel for Plaintiffs* |

*/s/ Joseph P Davis III*
Joseph P. Davis III (BBO # 551111)
Linda M. Ricci (BBO # 600284)
Mian R. Wang (BBO # 683656)
Alison T. Holdway (BBO # 690569)
GREENBERG TRAURIG, LLP
One International Place, Suite 2000
Boston, MA 02110
Tel.:   (617) 310-6000
davisjo@gtlaw.com
linda.ricci@gtlaw.com
wangm@gtlaw.com
alison.holdway@gtlaw.com

David I. Miller (admitted *pro hac vice*)
GREENBERG TRAURIG, LLP
One Vanderbilt Avenue
New York, NY 10017
Tel.:   (212) 801-9200
david.miller@gtlaw.com

*Counsel for Defendant Binance Holdings Limited*

/s/ *Avi Perry*
Isaac Saidel-Goley (BBO # 699659)
Zi Chun Wang (BBO # 709803)
QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
111 Huntington Avenue, Suite 520
Boston, MA 02118
Tel.:   (617) 712-7100
isaacsaidelgoley@quinnemanuel.com
michellewang@quinnemanuel.com

- and -

Avi Perry (*pro hac vice*)
QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
1300 I Street, NW, Suite 900
Washington, DC 2005
Tel.:   (202) 538-8330
aviperry@quinnemanuel.com

- and -

Peter H. Fountain (*pro hac vice*)
Ted Ovrom (*pro hac vice*)
QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
51 Madison Avenue, Floor 22
New York, NY 10010
Tel.:   (212) 849-7000
peterfountain@quinnemanuel.com
tedovrom@quinnemanuel.com

*Counsel for Defendant Changpeng Zhao*

6

*/s/ George Mastoris*
Seth C. Farber (BBO # 554652)
George Mastoris (*pro hac vice*)
Thania Charmani (*pro hac vice*)
Gabriela Beata Wolk (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Tel.:   (212) 294-6700
sfarber@winston.com
gmastoris@winston.com
acharmani@winston.com
gwolk@winston.com

- and -

Daniel T. Stabile (*pro hac vice*)
WINSTON & STRAWN LLP
200 S. Biscayne Boulevard
Miami, FL 33131
Tel.:   (305) 910-0500
dstabile@winston.com

*Counsel for Defendant BAM Trading Services, Inc.*
