# **EXHIBIT 1**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LEONARD LICHT, ZHENGJUN CAI, HENRY CHEN, DANIEL CHANG, DOMINIC CHOW, CHENGGUO DONG, IHAB W. FRANCIS, JOHN GORDON, DALTON GREEN, MICHAEL GRILLI, IRAKLIS KARABASSIS, NADER LOBANDI, JAMES MOSKWA, ANH NGUYEN, BRIAN ROTHAUS, GORDON SHAYLOR, RICHARD SLAVANT, NATHANIAL THRAILKILL, JACK YAO, and JUN ZHAI,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, d/b/a BINANCE.COM, BAM TRADING SERVICES, INC., d/b/a BINANCE.US, and CHANGPENG ZHAO,<br><br>　　　　Defendants. | No. 1:24-cv-10447-NMG |

**STIPULATION REGARDING**
**DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**

Plaintiffs and Defendants (a "Party" or the "Parties") enter this stipulation ("Stipulation") setting a briefing schedule for Defendants' forthcoming motion to dismiss the Second Amended Complaint ("SAC") and enlarging the page limit for Defendants' motion to dismiss. The Parties state as follows:

1.　　On February 19, 2025, Plaintiffs filed a Motion for Leave to File a Second Amended Complaint ("Motion for Leave to Amend"). *See* Dkt. No. 75.

2.　　On February 26, 2025, the Court granted Plaintiffs' Motion for Leave to Amend. *See* Dkt. No. 78.

3.    On February 26, 2025, Plaintiffs filed the SAC.  *See* Dkt. No. 79.

4.    The current deadline for Defendants to respond to the SAC is March 12, 2025.  *See* Fed. R. Civ. P. 15(a)(3).

5.    Defendants intend to jointly move to dismiss the SAC.

6.    Previously, on May 1, 2024, Plaintiffs filed the First Amended Complaint ("FAC"). *See* Dkt. No. 36.  On June 7, 2024, the Court entered an order setting a briefing schedule for Defendants' joint motion to dismiss the FAC and setting the following page limits: 35 pages for each Defendants' memorandum of law in support of the motion to dismiss and Plaintiffs' opposition, and 20 pages for Defendants' reply.  *See* Dkt. No. 50.

7.    On February 27 and 28, 2025, the Parties' counsel conferred regarding a Defendants' forthcoming motion to dismiss the SAC and agreed to the following briefing schedule:

| Date | Event |
|---|---|
| March 28, 2025 | Defendants' deadline to move to dismiss the SAC |
| April 18, 2025 | Plaintiffs' deadline to file an opposition to Defendants' motion to dismiss |
| May 9, 2025 | Defendants' deadline to file a reply in support of the motion to dismiss |

8.    Defendants hereby request the same page limitations as the Court ordered in connection with the Defendants' motion to dismiss the FAC.  *See* Dkt. No. 50; *see also* ¶ 6 above. Specifically, Defendants request:

a.    an enlargement of page limit for the memorandum of law in support of their motion to dismiss to 35 pages, and

b.    leave to file a reply brief of no more than 20 pages.

9.    Plaintiffs take no position on Defendants' request to enlarge the page limit for the memorandum of law in support of their motion to dismiss.

10.     At this time, Plaintiffs are not seeking an enlargement of the page limit for their opposition to Defendants' motion to dismiss the SAC. Plaintiffs reserve the right to move to enlarge the page limit for their opposition.

Dated: March 5, 2025

/s/ Aaron M. Katz
Aaron M. Katz
Keira Zirngibl
Patrick Dolan
AARON KATZ LAW LLC
399 Boylston Street, 6th Floor
Boston, MA 02116
Tel.:    (617) 915-6305
akatz@aaronkatzlaw.com
kzirngibl@aaronkatzlaw.com
pdolan@aaronkatzlaw.com

Eric Rosen
Constantine P. Economides (admitted *pro hac vice*)
Lance Aduba (*pro hac vice* forthcoming)
DYNAMIS LLP
225 Franklin Street, 26th Floor
Boston, MA 02110
Tel.:    (617) 802-9157
erosen@dynamisllp.com
ceconomides@dynamisllp.com
laduba@dynamisllp@com

*Counsel for Plaintiffs*

*/s/ Joseph P. Davis III*
Joseph P. Davis III (BBO # 551111)
Linda M. Ricci (BBO # 600284)
Mian R. Wang (BBO # 683656)
Alison T. Holdway (BBO # 690569)
GREENBERG TRAURIG, LLP
One International Place, Suite 2000
Boston, MA 02110
Tel.:    (617) 310-6000
davisjo@gtlaw.com
linda.ricci@gtlaw.com
wangm@gtlaw.com
alison.holdway@gtlaw.com

David I. Miller (admitted *pro hac vice*)
GREENBERG TRAURIG, LLP
One Vanderbilt Avenue
New York, NY 10017
Tel.:    (212) 801-9200
david.miller@gtlaw.com

*Counsel for Defendant Binance Holdings Limited*

*/s/ Avi Perry*
Isaac Saidel-Goley (BBO # 699659)
Zi Chun Wang (BBO # 709803)
QUINN EMANUEL URQUHART &
    SULLIVAN, LLP
111 Huntington Avenue, Suite 520
Boston, MA 02118
Tel.:    (617) 712-7100
isaacsaidelgoley@quinnemanuel.com
michellewang@quinnemanuel.com

- and -

Avi Perry (admitted *pro hac vice*)
QUINN EMANUEL URQUHART &
    SULLIVAN, LLP
1300 I Street, NW, Suite 900
Washington, DC 2005
Tel.:    (202) 538-8330
aviperry@quinnemanuel.com

- and -

Peter H. Fountain (admitted *pro hac vice*)
Ted Ovrom (admitted *pro hac vice*)
QUINN EMANUEL URQUHART &
    SULLIVAN, LLP
51 Madison Avenue, Floor 22
New York, NY 10010
Tel.:    (212) 849-7000
peterfountain@quinnemanuel.com
tedovrom@quinnemanuel.com

*Counsel for Defendant Changpeng Zhao*

_/s/ George Mastoris_
Seth C. Farber (BBO # 554652)
George Mastoris (_pro hac vice_)
Thania Charmani (_pro hac vice_)
Gabriela Beata Wolk (_pro hac vice_)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Tel.:    (212) 294-6700
sfarber@winston.com
gmastoris@winston.com
acharmani@winston.com
gwolk@winston.com

- and -

Daniel T. Stabile (_pro hac vice_)
WINSTON & STRAWN LLP
200 S. Biscayne Boulevard
Miami, FL 33131
Tel.:    (305) 910-0500
dstabile@winston.com

_Counsel for Defendant BAM Trading
Services, Inc._