UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEONARD LICHT, ZHENGJUN CAI, HENRY CHEN, DANIEL CHANG, DOMINIC CHOW, CHENGGUO DONG, IHAB W. FRANCIS, JOHN GORDON, DALTON GREEN, MICHAEL GRILLI, IRAKLIS KARABASSIS, NADER LOBANDI, JAMES MOSKWA, ANH NGUYEN, BRIAN ROTHAUS, GORDON SHAYLOR, RICHARD SLAVANT, NATHANIAL THRAILKILL, JACK YAO, and JUN ZHAI,<br><br>    Plaintiffs,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, d/b/a BINANCE.COM, BAM TRADING SERVICES, INC., d/b/a BINANCE.US, and CHANGPENG ZHAO,<br><br>    Defendants. | No. 1:24-cv-10447-NMG |

### MOTION OF QUINN EMANUEL URQUHART & SULLIVAN, LLP
### TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to this court's Local Rule 83.5.2(c)(2), and upon the accompanying Declaration of Avi Perry, the firm of Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel") hereby moves for an order relieving its undersigned attorneys as counsel of record for Defendant Changpeng Zhao. As set forth in Mr. Perry's Declaration, Mr. Zhao has breached the material terms of his engagement agreements with Quinn Emanuel, and he has created adversity by filing an arbitration against Quinn Emanuel. As a result, Quinn Emanuel has terminated its representation of Mr. Zhao and cannot continue to represent Mr. Zhao in this matter. Accordingly, Quinn Emanuel respectfully requests that Isaac Saidel-Goley, Christopher Kercher, Peter Fountain, Avi

Perry, Emily Kapur, Samuel Williamson, Ted Ovrom, and Zi Chun (Michelle) Wang be relieved as counsel of record for Defendant Changpeng Zhao.

Dated: June 10, 2025

Respectfully submitted,

/s/ Avi Perry
Avi Perry (*pro hac vice*)
QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
1300 I Street, NW, Suite 900
Washington, DC 2005
Tel.:   (202) 538-8330
aviperry@quinnemanuel.com

- and -

Isaac Saidel-Goley (BBO # 699659)
Zi Chun (Michelle) Wang (BBO # 709803)
QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
111 Huntington Avenue, Suite 520
Boston, MA 02118
Tel.:   (617) 712-7100
isaacsaidelgoley@quinnemanuel.com
michellewang@quinnemanuel.com

- and -

Christopher D. Kercher (*pro hac vice*)
Peter Fountain (*pro hac vice*)
Ted Ovrom (*pro hac vice*)
QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
295 Fifth Avenue, Flr 9
New York, NY 10016
Tel.:   (212) 849-7000
christopherkercher@quinnemanuel.com
peterfountain@quinnemanuel.com
tedovrom@quinnemanuel.com

- and -

2

Emily Kapur (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
555 Twin Dolphin Dr, 5th Flr
Redwood Shores, CA 94065
Tel.:   (650) 801-5000
emilykapur@quinnemanuel.com

- and -

Samuel G. Williamson (*pro hac vice*)
QUINN EMANUEL URQUHART &
    SULLIVAN, LLP
2601 South Bayshore Dr, Suite 1550
Miami, FL 33133
Tel.:   (305) 402-4880
samwilliamson@quinnemanuel.com

*Withdrawing Counsel for Defendant Changpeng Zhao*