UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEONARD LICHT, ZHENGJUN CAL, HENRY CHEN, DANIEL CHANG, DOMINIC CHOW, CHENGGUO DONG, AMINE FENNANE, IHAB W. FRANCIS, JOHN GORDON, SHAI GRANOVSKI, DALTON GREEN, MICHAEL GRILLI, IRAKLIS KARABASSIS, ALICIA LAU, TREVOR LAU, NADER LOBANDI, EISI MOLLOANJI, JAMES MOSKWA, ANH NGUYEN, BRIAN ROTHAUS, GORDON SHAYLOR, RICHARD SLAVANT, NATHANIAL THRAILKILL, JACK YAO, EDUMAN YEO, and JUN ZHAI,<br><br>  Plaintiffs,<br><br>v.<br><br>BINANCE HOLDINGS LIMITED, d/b/a BINANCE.COM, BAM TRADING SERVICES, INC., d/b/a BINANCE.US, and CHANGPENG ZHAO,<br><br>  Defendants. | No. 1:24-cv-10447-NMG |

**MOTION OF SETH C. FARBER FOR WITHDRAWAL AS COUNSEL FOR
<u>DEFENDANT BAM TRADING SERVICES, INC., d/b/a BINANCE.US</u>**

PLEASE TAKE NOTICE that, in accordance with Local Rule 83.5.2(c)(1), Seth C. Farber of the law firm of Haynes and Boone, LLP hereby requests leave to withdraw his appearance as counsel of record for defendant BAM Trading Services, Inc., d/b/a Binance.US ("BAM"). As grounds for this motion, Mr. Farber states as follows:

1. Richard M. Zielinski of Goulston & Storrs has entered an appearance on behalf of BAM. (*see* Dkt. No. 96).

4928-6988-4301 v.1

2. In addition, George E. Mastoris, Daniel Tramel Stabile, Gabriela Beata Wolk and Thania Charmani of the law firm of Winston & Strawn LLP have previously filed notices of appearance in the case on behalf of BAM (*see* Dkt. Nos. 46-49, 51-54) and will continue as BAM's counsel of record.

3. Effective February 1, 2026, Mr. Farber ceased to be a partner at Winston & Strawn LLP (counsel of record for BAM) and joined the firm of Haynes & Boone, LLP.

4. BAM consents to Mr. Farber's withdrawal.

WHEREFORE, Mr. Farber respectfully requests that this Court grant him leave to withdraw as counsel for Defendant BAM.

Dated: February 9, 2026

Respectfully submitted,

/s/Seth C. Farber
Seth C. Farber (BBO # 554652)
HAYNES AND BOONE, LLP
30 Rockefeller Plaza, 22nd Floor
New York, NY 10112
Tel.: (212) 659-7300
seth.farber@haynesboone.com

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I have conferred with Aaron M. Katz, counsel for Plaintiffs, and Mr. Katz has informed me that Plaintiffs consent to this motion.

/s/Seth C. Farber
Seth C. Farber

2

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on Februrary 9, 2026.

By: s/ *Seth C. Farber*
Seth C. Farber (BBO# 554652)