United States District Court
District of Massachusetts

```
                                    )
Leonard Licht et al.,               )
                                    )
        Plaintiffs,                 )
                                    )
        v.                          )     Civil Action No.
                                    )     24-10447-NMG
Changpeng Zhao, et al.,             )
                                    )
        Defendants.                 )
                                    )
```

MEMORANDUM & ORDER

GORTON, J.

Pending before the Court is the Report and Recommendation ("the R&R") of Magistrate Judge M. Page Kelly (Docket No. 101) to adjudicate the Joint Motion to Dismiss (Docket No. 84) of Changpeng Zhao, Binance Holdings Limited and BAM Trading Services, Inc. (collectively, "defendants"). After careful consideration of the R&R and the objections of the parties thereto, this Court will overrule the objections of both parties and will accept and adopt the R&R.

Defendants' objections reiterate arguments raised in support of their motion to dismiss, which Magistrate Judge Kelley properly considered and rejected in the R&R. Furthermore, any objections related to Fuld v. Palestine Liberation Organization are immaterial because the R&R used the

- 1 -

pre-Fuld standard. Accordingly, the defendants' objections are overruled.

The Court is also underwhelmed by plaintiffs' objections. Plaintiffs proffer cases on aiding and abetting liability under the Racketeer Influenced and Corrupt Organizations Act that are inapposite, and the Court agrees with the Magistrate Judge that two distinct causal gaps defeat their theory of liability. Finally, plaintiffs contend that the R&R erred in its conclusion that the conspiracy element of "agreement" was not adequately pled. They proffer no caselaw in support of that argument. As such, plaintiffs' objections are also overruled.

**ORDER**

For the foregoing reasons, the Report and Recommendation (Docket No. 101) is **ACCEPTED AND ADOPTED.**

**So ordered.**

_____
Nathaniel M. Gorton
Senior United States District Judge

Dated: March 20 , 2026

- 2 -